FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0052

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 25-0052

HERU SPENCER,

Plaintiff and Appellant,

v.

CHASE-SKOGEN PROPERTY
MANAGEMENT, INC, a Montana
Corporation,

Defendant and Appellee.

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on January 22, 2025, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

Pursuant to M. R. App. P. 13(1), an appellant shall file the opening brief within 30 days after the date on which the record is filed. Under M. R. App. P. 9, the record is deemed transmitted once the District Court record and any necessary transcripts are filed with the Clerk of this Court. Neither the District Court record nor any transcripts have yet been filed. Because the record has not been transmitted from the District Court, the time for briefing has not yet begun.

Therefore,

IT IS ORDERED that Appellant's opening brief filed on January 22, 2025, is rejected;

IT IS FURTHER ORDERED that the Clerk of Court is directed to provide Appellant with a copy of the *Civil Handbook* for litigants proceeding before this Court without an attorney;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall

be due and payable upon receipt; and

IT IS FURTHER ORDERED that the Appellant's opening brief is due within 30 days after the date on which the record is filed and the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised opening brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 22nd day of January, 2025.

For the Court,

By _____
                    Justice